IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ROGER WALLACE** | § | **PLAINTIFF** |
| | § | |
| **V.** | § | **1:05CV235LG-JMR** |
| | § | |
| **RONNIE WALTERS, ET AL.** | § | **DEFENDANTS** |

## ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS AS UNOPPOSED

BEFORE THIS COURT are the following motions:

1. Motion of Defendant Aaron Russell to Dismiss for Lack of Jurisdiction [38], filed March 13, 2006;

2. Motion of Defendant Aaron Russell to Dismiss for Lack of Prosecution [43], filed June 19, 2006; and

3. Motion of Defendants Ronnie Walters, Joe Stuart, Larry Whitten, and Rod Parker, to Dismiss for Lack of Jurisdiction [54], filed July 17, 2006.

The Plaintiff, who is proceeding *pro se*, has not filed responses to the motions. Because the Plaintiff has not filed a response to any of the motions, the Defendants' motions should be granted as unopposed pursuant to Rule 7.2(C)(2) of the UNIFORM LOCAL RULES FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI.

**IT IS THEREFORE ORDERED AND ADJUDGED,** that the Motions of the Defendants to Dismiss for Lack of Jurisdiction and Lack of Prosecution [38, 43, 54] should be and are hereby **GRANTED.** The Plaintiff's Complaint is hereby **DISMISSED.**

**SO ORDERED AND ADJUDGED** this the 24th day of August, 2006.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE